AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL  DISTRICT OF  PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CRIMINAL NO. 99-265(CCC) |
| MIGUEL A. VEGA-MORALES, ET AL. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico on this 28th day of February, 2005.

                          H. S. GARCIA
                          United States Attorney

                        /S/ *Rose M. Vega*
                        Rose M. Vega - USDC No. 214713
                        Attorney for Plaintiff
                        United States Attorney's Office
                        Torre Chardón, Suite 1201
                        350 Carlos Chardón Street
                        San Juan, Puerto Rico 00918
                        Tel: (787) 766-5656
                        Fax: (787) 766-5398
                        Email: rose.vega@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

      At San Juan, Puerto Rico this 28th day of February, 2005.

/S/ *Rose M. Vega*
Attorney for Plaintiff